UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AMEZCUA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. 1:17-cv-00963-DAD-SAB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. No. 11) |

Petitioner is a federal prisoner who was proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This court issued an order on November 17, 2017 adopting findings and recommendations recommending that the petition be construed as a motion under 28 U.S.C. § 2255 filed in *United States v. Amezcua*, No. 1:93-cr-05046-DAD-1, and therefore be dismissed as successive. (Doc. No. 9.) Petitioner filed a motion for reconsideration of that order, maintaining that a Ninth Circuit decision in a case referred to by petitioner as *Hood* allowed an action similar to his to proceed under § 2241. (Doc. No. 11.) No citation or full case name was provided by petitioner to the cited case, and the court has been unable to locate the case to which petitioner is referring. Absent any further information, there is no cause for the court to reconsider its prior order. *See* Fed. R. Civ. P. 59, 60; *United States v. Westlands Water Dist.*, 134 F. Supp. 2d 1111, 1131 (E.D. Cal. 2001) (noting "[a] motion for reconsideration is not a vehicle

/////

1

to reargue the motion") (quoting *Bermingham v. Sony Corp. of Am., Inc.*, 820 F. Supp. 834, 856 (D.N.J. 1992)).  Accordingly, petitioner's motion for reconsideration (Doc. No. 11) is denied.

IT IS SO ORDERED.

Dated: __**December 20, 2017**__   _____
UNITED STATES DISTRICT JUDGE